1 | **RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
2 | Kristi M. Wells, Esq., #276865
Kristin S. Webb, Esq., #258476
3 | Nancy Ly, Esq., #272035
Rosemary Nguyen, Esq., #265322
4 | Erica T. Loftis, Esq., #259286

5 | 1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
6 | 714-382-6411/ Fax: 714.277.4899
Email kwells2@rcolegal.com
7 | RCO# 75719

8 | Attorney for Creditor
BANK OF AMERICA, N.A.

9 |

UNITED STATES BANKRUPTCY COURT
10 | EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

11 |

| In Re: | No. 11-23383-B-13 |
|---|---|
| Miguel Zavala aka Miguel A Zavala aka Miguel Angel Zavala | Chapter 13 |
| Angelita Zavala | REQUEST FOR SPECIAL NOTICE |
| Debtors. | |

15 | TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

16 |

17 |     PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BANK

18 | OF AMERICA, N.A. requests that all notice given in this case and all papers served or required to be served in this case

19 | (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter

13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the

20 | following address and telephone number.  This notice can in no way be construed as a grant of authority from Creditor to

21 | counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of

service as may be accorded under local and federal rules.

22 |     Kristi M. Wells
RCO Legal, P.S.
23 | 1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
24 | PH 714-382-6411

25 | Dated: July 9, 2013

26 |                                                                    RCO Legal, *Kristi M. Wells*
By: _____
                                                                         Kristi Wells, Esq.
                                                                    Attorneys for Creditor

## PROOF OF SERVICE

I declare:  I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705.  On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Miguel Zavala aka Miguel A Zavala aka Miguel Angel Zavala
821 Redhead Way
Suisun City, CA 94585

Angelita Zavala
821 Redhead Way
Suisun City, CA 94585

Thomas O. Gillis
1006 H St #1
Modesto, CA 95354

**ELECTRONIC SERVICE:**

Jan P. Johnson
pobox1708@jpj13trustee.com

US Trustee (SAC)
ustpregion17.sc.ecf@usdoj.gov

Service was made on July ___10th___, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: ___Yesenia Ramirez___